**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

ESTATE OF ALVIN COLE, by and through its
Special Administrator, Tracy Cole,
TRACY COLE, and
ALBERT COLE,

                                                    CASE NO. 22-cv-00856

                    Plaintiffs,

v.

CITY OF WAUWATOSA,
JOSEPH MENSAH,
BARRY WEBER,
CITIES AND VILLAGES MUTUAL INSURANCE COMPANY, and
ABC INSURANCE COMPANY,

                    Defendants.

---

### NOTICE OF APPEARANCE

---

        PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendants, City of Wauwatosa, Officer Joseph Anthony Mensah, Barry Weber, and Cities and Villages Mutual Insurance Company, and demand that copies of all pleadings and notices of all proceedings subsequent to the date of this notice be served upon us at our offices at Wirth + Baynard, 9898 West Bluemound Road, Suite 2, Wauwatosa, Wisconsin 53226.

        Dated at Wauwatosa, Wisconsin this 30th day of September, 2022.

                    WIRTH + BAYNARD
                    Attorneys for Defendants

                    */s/ Jasmyne M. Baynard*
                    Jasmyne M. Baynard (WI State Bar No. 1099898)
                    9898 West Bluemound Road, Suite 2
                    Wauwatosa, Wisconsin 53226
                    T: (414) 291-7979 / F: (414) 291-7960
                    Email: jmb@wbattys.com