# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE, et al.,**
      **Plaintiff,**

    v.                                    Case No. 22-cv-0856

**JOSEPH ANTHONY MENSAH,**
      **Defendant.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On November 26, 2024, the court held a telephone status conference for purposes of setting a trial schedule.

**IT IS ORDERED** that:

1. Defendants shall depose plaintiffs' expert witness by **January 10, 2025**.

2. Defendants shall disclose any expert witnesses consistent with Rule 26(a)(2) by **January 10, 2025.** Plaintiffs shall depose defendants' expert witness by **February 10, 2025**.

3. Any motions in limine shall be filed by **February 10, 2025**. Responses to the motions in limine shall be filed by **February 17, 2025**.

4. A Final Pretrial Conference is set for **March 3, 2025**, at 10:00 a.m. in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman.

5. Jury trial is set to begin on **March 17, 2025**, at 8:30 a.m. in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 26th day of November, 2024.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge