UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF ALVIN Cole, et al.,

    Plaintiffs,

v.                                                    Case No: 22-CV-0856

JOSEPH ANTHONY MENSAH,

    Defendant.

---

## SPECIAL VERDICT

---

We, the jury, find as follows on the claims of the Plaintiff Estate of Alvin Cole, against the Defendant Joseph Mensah:

### EXCESSIVE FORCE

1. Did Defendant Joseph Mensah use excessive force when he shot and killed Alvin Cole?

    Answer: _____ (Yes or No)

### COMPENSATORY DAMAGES

We, the jury, award the Plaintiff, Estate of Alvin Cole, compensatory damages against Defendant, Joseph Mensah, in the amount of $_____.

### PUNITIVE DAMAGES

We, the jury, award the Plaintiff, Estate of Alvin Cole, punitive damages against Defendant, Joseph Mensah, in the amount of $_____.

2. Did Tracy and Albert Cole suffer a loss of society and companionship as a result of Alvin Cole's death?

Answer: _____ (Yes or No)

## **COMPENSATORY DAMAGES**

We, the jury, award Plaintiffs Tracy and Albert Cole compensatory damages against Defendant, Joseph Mensah in the amount of $_____.

Dated: _____