# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Estate of Alvin Cole

V.

Joseph Mensah

## EXHIBIT AND WITNESS LIST

Case Number: 22-cv-856

| PRESIDING JUDGE<br>Lynn Adelman | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|
| TRIAL DATE(S)<br>March 17, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | David Shamsi Squad Video - Cole Shooting |
| 2 | | | | | David Shamsi Squad Video Enhandced #1 |
| 3 | | | | | David Shamsi Squad Video – Enhanced #2 |
| 4 | | | | | David Shamsi Squad Video – Enhanced #3 |
| 5 | | | | | 3D Video Mapping of Scene |
| 6 | | | | | Crime Reconstruction Report |
| 7 | | | | | Scene Diagram Unnumbered |
| 8 | | | | | Scene Diagram Numbered |
| 9 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 9 |
| 10 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 10 |
| 11 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 11 |
| 12 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 12 |
| 13 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 13 |
| 14 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 14 |
| 15 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 15 |
| 16 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 16 |
| 17 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 17 |
| 18 | | | | | David Shamsi Deposition Exhibit 18 |
| 19 | | | | | David Shamsi Deposition Exhibit 19 |
| 20 | | | | | David Shamsi Deposition Exhibit 20 |
| 21 | | | | | Dexter Schleis Deposition Exhibit 21 |
| 22 | | | | | Evan Olson Deposition Exhibit 22 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages



# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Estate of Alvin Cole
V.
Joseph Mensah

## EXHIBIT AND WITNESS LIST

Case Number: 22-cv-856

| PRESIDING JUDGE<br>Lynn Adelman | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Evan Olson Deposition Exhibit 23 |
| 24 | | | | | Evan Olson Deposition Exhibit 24 |
| 25 | | | | | Jeffrey Johnson Deposition Exhibit 25 |
| 26 | | | | | Jeffrey Johnson Deposition Exhibit 26 |
| 27 | | | | | David Shamsi Full Squad Video |
| 28 | | | | | Evan Olson Squad Video Exterior |
| 29 | | | | | Jeffrey Johnson Squad Video Exterior |
| 30 | | | | | Joseph Mensah Squad Video |
| 31 | | | | | Dexter Schleis Squad Video |
| 32 | | | | | Google Map Mayfair Mall |
| 33 | | | | | Dr. Tlomak Medical Autopsy Report 04/2020 |
| 34 | | | | | Dr. Tlomak Medical Autopsy Report 01/10/2025 |
| 35 | | | | | Autopsy Photos Alvin Cole 1 - 3 |
| 36 | | | | | Autopsy Photos Alvin Cole 4 - 9 |
| 37 | | | | | Autopsy Photos Alvin Cole 10 - 14 |
| 38 | | | | | Autopsy Photos Alvin Cole 15 - 20 |
| 39 | | | | | Milwaukee Police Investigative Rrport on Alvin Cole |
| 40 | | | | | Damion Beard Police Report Interview 2/2/20 |
| 41 | | | | | Sarah Hopkins Police Report 2/2/20 |
| 42 | | | | | Sarah Hopkins Written Diagram Picture |
| 43 | | | | | Sarah Hopkins Photographs |
| 44 | | | | | Danyielle Bohannan Police Report Interview |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 6 Pages

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Estate of Alvin Cole

V.

Joseph Mensah

## EXHIBIT AND WITNESS LIST

Case Number:

| | | |
|---|---|---|
| PRESIDING JUDGE<br>Lynn Adelman | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
| TRIAL DATE (S)<br>March 17, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 45 | | | | | Kevin Dean Police Report Interview |
| 46 | | | | | Tyrese Varner Police Report Interview |
| 47 | | | | | Steven B. Irving Police Report Interview |
| 48 | | | | | Steven Irving Audio Interview |
| 49 | | | | | Audio Transmissions Written Report |
| 50 | | | | | David Shamsi Video Written Report |
| 51 | | | | | Joseph Mensah Police Report Interview 2/6/20 |
| 52 | | | | | Evan Olson Police Report Interview 2/3/20 |
| 53 | | | | | David Shamsi Police Report Interview 2/2/20 |
| 54 | | | | | David Shamsi Police Report Interview 7/16/20 |
| 55 | | | | | Jeffrey Johnson Police Interview Reports |
| 56 | | | | | Dexter Schleis Police Rerpot Interview |
| 57 | | | | | Robert Piehl Police Report |
| 58 | | | | | Shenora Staten Police Report |
| 59 | | | | | Lori Rom Police Report 2/2/20 |
| 60 | | | | | Maria Arbiter Police Report Interview 2/2/20 |
| 61 | | | | | Non-emergency Dispatch Call |
| 62 | | | | | DAAT Manual |
| 63 | | | | | Wauwatosa Use of Force Police |
| 64 | | | | | Mensah Letter of Reprimand - 2019 |
| 65 | | | | | Mensah Discipline Suspension Recommendation 2019.12.06 |
| 66 | | | | | Mensah Vehicle Pursuit Report - 2019.05.27 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 6 Pages

# UNITED STATES DISTRICT COURT

Eastern  DISTRICT OF  Wisconsin

Estate of Alvin Cole

V.

Joseph Mensah

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE<br>Lynn Adelman | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|
| TRIAL DATE(S)<br>March 17, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 67 | | | | | Evan Olson Deposition Transcript 6/27/23 |
| 68 | | | | | David Shamsi Deposition Transcript 6/27/23 |
| 69 | | | | | Jeffrey Johnson Deposition Transcript 7/7/23 |
| 70 | | | | | Dexter Schleis Deposition Transcript 6/27/23 |
| 71 | | | | | Joseph Mensah Deposition Transcript 6/26/23 |
| 72 | | | | | Joseph Mensah Deposition Transcript 2/28/23 |
| 73 | | | | | Joseph Mensah Deposition Transcript 3/17/22 |
| 74 | | | | | Barry Weber Deposition Transcript 9/16/22 |
| 75 | | | | | Barry Weber Deposition Transcript 6/6/23 |
| 76 | | | | | Barry Weber Deposition Transcript 7/7/23 |
| 77 | | | | | Jeffrey Farina Deposition Transcript 6/6/23 |
| 78 | | | | | Joseph Mensah Personnel File |
| 79 | | | | | Evan Olson Personnel File |
| 80 | | | | | James Armstron Photo Log |
| 81 | | | | | Crime Scene Photos 2 - 10 |
| 82 | | | | | Crime Scene Photos 11 - 20 |
| 83 | | | | | Crime Scene Photos 21 - 30 |
| 84 | | | | | Crime Scene Photos 31 - 40 |
| 85 | | | | | Crime Scene Photos 41 - 50 |
| 86 | | | | | Crime Scene Photos 51 - 60 |
| 87 | | | | | Crime Scene Photos 61 - 70 |
| 88 | | | | | Crime Scene Photos 71 - 80 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of 6 Pages

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Wisconsin_____

Estate of Alvin Cole
V.
Joseph Mensah

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE Lynn Adelman | PLAINTIFF'S ATTORNEY Kimberley Cy. Motley | DEFENDANT'S ATTORNEY Jasmyne Baynard |
|---|---|---|
| TRIAL DATE(S) March 17, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 111 | | | | | MCTS Video #4 |
| 112 | | | | | MCTS Video #5 |
| 113 | | | | | MCTS Video #6 |
| 114 | | | | | Joseph Mensah WISN Interview 2020 |
| 115 | | | | | Joseph Mensah - Joe Pags Podcast Interview 2020 |
| 116 | | | | | Joseph Mensah - Senate Committee Hearing Testimony 2/6/25 |
| 117 | | | | | Alvin Cole Picture #1 |
| 118 | | | | | Alvin Cole Picture #2 |
| 119 | | | | | Alvin Cole Picture #3 |
| 120 | | | | | Alvin Cole Picture #4 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 6 of 6 Pages

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Wisconsin__

Estate of Alvin Cole
V.
Joseph Mensah

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE<br>Lynn Adelman | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|
| TRIAL DATE(S)<br>March 17, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 89 | | | | | Crime Scene Photos 81 - 92 |
| 90 | | | | | Crime Scene Photos 93 - 103 |
| 91 | | | | | Crime Scene Photos 125 - 145 |
| 92 | | | | | Crime Scene Photos 146 - 166 |
| 93 | | | | | Crime Scene Photos 167 - 187 |
| 94 | | | | | Crime Scene Photos 244 - 275 |
| 95 | | | | | Crime Scene Photos 276 - 291 |
| 96 | | | | | Barry Weber Deposition 7/7/23 Exhibit 9 |
| 97 | | | | | Barry Weber Deposition 7/7/23 Exhibit 10 |
| 98 | | | | | Barry Weber Deposition 7/7/23 Exhibit 11 |
| 99 | | | | | Barry Weber Deposition 7/7/23 Exhibit 12 |
| 100 | | | | | Barry Weber Deposition 7/7/23 Exhibit 13 |
| 101 | | | | | Barry Weber Deposition 7/7/23 Exhibit 14 |
| 102 | | | | | Barry Weber Deposition 7/7/23 Exhibit 15 |
| 103 | | | | | Barry Weber Deposition 7/7/23 Exhibit 16 |
| 104 | | | | | Barry Weber Deposition 7/7/23 Exhibit 17 |
| 105 | | | | | Barry Weber Deposition 7/7/23 Exhibit 18 |
| 106 | | | | | Barry Weber Deposition 7/7/23 Exhibit 19 |
| 107 | | | | | Barry Weber Deposition 7/7/23 Exhibit 25 |
| 108 | | | | | MCTS Video #1 |
| 109 | | | | | MCTS Video #2 |
| 110 | | | | | MCTS Video #3 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of 16 Pages