✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Estate of Alvin Cole, et al.

V.

Joseph A. Mensah

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lynn Adelman | Kimberly Cy. Motley | Jasmyne M. Baynard |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Officer Shamsi Squad Video - Exterior |
| | | | | | Officer Shamsi Squad Video - Exterior [Enhanced 1] |
| | | | | | Officer Shamsi Squad Video - Exterior [Enhanced 2] |
| | | | | | Officer Shamsi Squad Video - Interior |
| | | | | | Officer Olson Squad Video - Exterior |
| | | | | | Officer Olson Squad Video - Interior |
| | | | | | Google Maps Aerial View - Mayfair Mall |
| | | | | | Google Maps Aerial View - Mayfair Mall (with lables) |
| | | | | | Google Maps Aerial View - shooting location |
| | | | | | WI State Patrol Tech Reconstruction Unit - Diagram (unnumbered) |
| | | | | | WI State Patrol Tech Reconstruction Unit - Diagrahm (numbered) |
| | | | | | WI State Patrol Tech Reconstruction Unit - 3D Video |
| | | | | | WI State Patrol Tech Reconstruction Unit - Farro Scan 1027 |
| | | | | | WI Crime Scene Response Team Scene Armstrong Photo Pack |
| | | | | | Milwaukee County Medical Examiner's Autopsy Report |
| | | | | | Milwaukee County Medical Examiner's Anatomical Diagram |
| | | | | | Olson's Statements dated 02/03/2020 |
| | | | | | Olson's Statements dated 06/24/2020 |
| | | | | | Olson's Statements dated 07/16/2020 |
| | | | | | Recorded Interview of Shenora Staten-Jordan |
| | | | | | Certificate of Authenticity and Records produced in response to Cole's Facebook Subpoena |
| | | | | | Milwaukee Police Department Memorandum containing Crime Lab Reports |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages