# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF ALVIN COLE, et al.,

        Plaintiffs,

v.

JOSEPH MENSAH,

        Defendant.

CASE NO. 22-cv-00856

## DECLARATION OF JASMYNE M. BAYNARD

Jasmyne M. Baynard, being first duly sworn under oath, declares and states as follows:

1. I am an attorney licensed to practice law in the State of Wisconsin and am an attorney with Wirth + Baynard, which represents the Defendant in this matter. I make this Declaration on personal knowledge and my review of various documents prepared and/or produced during this matter.

2. Plaintiffs have not made any attempt to confer with Defendant to avoid or limit the scope of their Civ. L. R. 7(h) motion to seal Defendant's motion in limine No. 8 (ECF 52), motion to Quash Defendant's subpoena to MPS (ECF 54), nor their motion to Quash Defendant's subpoena to the Wauwatosa Police Department (ECF 56).

3. Defense counsel is not in possession of Alvin Cole's juvenile court records.

4. Defense counsel does not know if any records about Alvin Cole exist within or are maintained by the Wisconsin Department of Children and Families (DCF), the Wisconsin Department of Corrections (DOC), a Wisconsin county department, or a Wisconsin-licensed child welfare agency.

5. Defense counsel is not in possession of any records about Alvin Cole from DCF, DOC, a Wisconsin county department, or a Wisconsin-licensed child welfare agency.

6. Defense counsel has not subpoenaed Alvin Cole's juvenile court records. Defense counsel completed a request to inspect the juvenile court records through form JD-1738A <u>only after</u> Plaintiffs filed a motion accusing Defense counsel of illegally obtaining the records.

7. Defense counsel has not subpoenaed any records about Alvin Cole from DCF, DOC, a Wisconsin county department, or a Wisconsin-licensed child welfare agency.

8. Defense counsel made an open records request to the Milwaukee Police Department (MPD) for records regarding calls for service for purposes of impeachment at trial.

9. In response, MPD produced records.

10. Defense counsel is not in possession of any law enforcement record from the Wauwatosa Police Department (WPD) that it now seeks through the subpoena.

11. Defense counsel received a copy of the entire post-shooting investigative file, which was originally subpoenaed by Plaintiffs' counsel. That file contains notations of Alvin Cole's felony juvenile adjudications, as well as voluminous documents from Alvin Cole's social media accounts depicting illicit activity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 28, 2025.

*/s/ Jasmyne M. Baynard*
Jasmyne M. Baynard