# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE, et al,**
        **Plaintiffs,**

   v.                                        Case No. 22-CV-856

**JOSEPH MENSAH,**
        **Defendant.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: 03/03/2025
Time Commenced: 10:05 a.m.       Concluded: 11:37 a.m.
Deputy Clerk: KQV                   Court Reporter: Sue

APPEARANCES:

Plaintiffs:    By Attorneys Nathaniel Cade, Kimberley Motley, and Annalisa Pusick

Defendants: By Attorneys Jasmyne Baynard and Joseph Wirth

Nature of Conference: Final Pretrial Conference

Notes:        Final pretrial conference held. The Court ruled on the parties' outstanding motions. See the record for details.