# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF ALVIN COLE THROUGH**
**SPECIAL ADMINISTRATOR TRACY COLE, et al,**
        Plaintiffs,

    v.                                                Case No. 22-CV-856

**MENSAH, et al.**
        Defendants.

## NOTICE OF HEARING

    **IT IS ORDERED** that a telephonic status conference is scheduled for **March 6, 2025 at 11:00 a.m. Central Time.** The parties shall call the Court's conference line at 669-254-5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call. Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. *Counsel should email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide the names and contact numbers of attorneys appearing in the event that the Court would need to contact them.*

    Dated at Milwaukee, Wisconsin, this 3rd day of March, 2025.

                                                  /s/ Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge