UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

ESTATE OF ALVIN COLE, et al.,

                      Plaintiffs,

  v.                                                                                    Case No. 22-CV-0856

JOSEPH ANTHONY MENSAH,

                      Defendant.

_____

## NOTICE OF WITHDRAWAL OF COUNSEL
_____

       WIRTH + BAYNARD respectfully requests that Attorney Kiley B. Zellner no longer be listed as an attorney of record for the Defendant, Joseph A. Mensah. Attorney Zellner is no longer employed by WIRTH + BAYNARD and, therefore, no longer represents the Defendant.

       Dated at Wauwatosa, Wisconsin this 3rd day of March 2025.

                                         WIRTH + BAYNARD
                                         Attorneys for Defendant

                                         */s/ Jasmyne M. Baynard*
                                         Jasmyne M. Baynard (WI State Bar No. 1099898)
                                         9898 West Bluemound Road, Suite 2
                                         Wauwatosa, Wisconsin 53226
                                         T: (414) 291-7979 / F: (414) 291-7960
                                         Email: jmb@wbattys.com