# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE THROUGH**
**SPECIAL ADMINISTRATOR TRACY COLE, et al,**
      Plaintiffs,

    v.                                               Case No. 22-CV-856

**JOSEPH ANTHONY MENSAH, et al.**
      Defendants.

---

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 3/6/2025 |
| Time Commenced: 11:00 a.m. | Concluded: 11:14 a.m. |
| Deputy Clerk: KQV | Court Reporter: N/A |

APPEARANCES:

Plaintiffs: By Attorneys Nathaniel Cade and Annalisa Pusick

Defendants: By Attorneys Jasmyne Baynard and Joseph Wirth

Nature of Conference: Telephonic Status Conference

Notes:      The parties discussed the possibility of settlement and the parties' proposed voir dire questions.