| | |
|---|---|
| ESTATE OF ALVIN Cole, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH ANTHONY MENSAH, <br><br> Defendant. | Case No: 22-cv-0856 |

### PLAINTIFFS' ALBERT AND TRACY COLE'S MOTION TO DISMISS THIER INDIVIDUAL CLAIM

Plaintiffs, Albert and Tracy Cole ("Plaintiffs") through their counsel, Cade Law Group LLC and Motley Legal Services, move to dismiss their individual claim of Loss of Society and Companionship against Defendant Joseph Mensah only, without prejudice and without costs to either party.

Dated this 19th day of March 2025.

                                          **CADE LAW GROUP, LLC**

By:   *Electronically signed by Nathaniel Cade, Jr.*
        Nathaniel Cade, Jr. SBN 1028115
        Annalisa Pusick, SBN 1116379
        Madison Bedder, SBN 1121996
        PO Box 170887
        Milwaukee, WI 53217
        (414) 255-3802 (o)
        (414) 255-3804 (f)
        nate@cade-law.com
        annalisa@cade-law.com
        madison@cade-law.com

**MOTLEY LEGAL SERVICES**
Kimberley Cy. Motley, SBN : 1047193
P.O. Box 1433
Matthews, NC 28106
(704) 763-5413 (phone)
(704) 559-2450 (fax)

Attorneys for Plaintiffs