UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF ALVIN COLE,
        Plaintiff,

    v.                                                              Case No. 22-CV-856

JOSEPH MENSAH,
        Defendant.

---

## EXHIBITS ADMITTED

- Plaintiff's Exhibit 1
- Plaintiff's Exhibit 1A
- Plaintiff's Exhibit 2
- Plaintiff's Exhibit 3
- Plaintiff's Exhibit 4
- Plaintiff's Exhibit 5
- Plaintiff's Exhibit 7
- Plaintiff's Exhibit 8
- Plaintiff's Exhibit 28
- Plaintiff's Exhibit 30
- Plaintiff's Exhibit 34
- Plaintiff's Exhibit 49
- Plaintiff's Exhibit 51
- Plaintiff's Exhibit 52
- Plaintiff's Exhibit 57
- Plaintiff's Exhibit 81-4
- Plaintiff's Exhibit 91-A
- Plaintiff's Exhibit 91-B
- Plaintiff's Exhibit 91-C
- Plaintiff's Exhibit 92
- Defendant's Exhibit 1022

- Defendant's Exhibit 1026
- Defendant's Exhibit 1027
- Defendant's Exhibit 1027A
- Defendant's Exhibit 1028
- Defendant's Exhibit 1029
- Defendant's Exhibit 1030
- Defendant's Exhibit 1033
- Defendant's Exhibit 1034
- Defendant's Exhibit 1054
- Defendant's Exhibit 1055
- Defendant's Exhibit 1057
- Defendant's Exhibit 1066