# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF ALVIN COLE,**
        **Plaintiff,**

v.                                                      Case No. 22-CV-856

**JOSEPH MENSAH,**
        **Defendant.**

## COURT MINUTES OF JURY TRIAL

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: March 17, 2025 – March 20, 2025 |
| Deputy Clerk: KQV | Court Reporter: Sue Armbruster |

APPEARANCES:

Plaintiffs: By Attorneys Nathaniel Cade, Kimberley Motley, and Annalisa Pusick

Defendants: By Attorneys Jasmyne Baynard and Joseph Wirth

<u>Monday, March 17, 2025:</u>
- 9:07 AM Jury selection begins
- 10:15 AM Jury empaneled
- 10:26 AM Recess
- 10:39 AM Plaintiffs' opening statement
- 11:03 AM Defendant's opening statement
- 11:48 AM Testimony of Albert Cole
- 12:13 PM Recess for lunch
- 1:19 PM Testimony of Matthew Johnson
- 1:40 PM Testimony of David Shamsi
- 2:57 PM Recess
- 3:12 PM Testimony of John Rawlings
- 3:40 PM Testimony of Dexter Schleis
- 5:02 PM Jurors excused for the day; adjourn

Tuesday, March 19, 2025:
- 8:53 AM Testimony of Evan Olson
- 10:45 AM Recess for lunch
- 1:00 PM Resume testimony of Evan Olson
- 1:26 PM Testimony of Sean Kafer
- 1:40 PM Testimony of Shenora Staten-Jordan
- 2:30 PM Testimony of Dr. Wieslawa Tlomak
- 3:00 PM Recess
- 3:12 PM Resume Testimony of Dr. Wieslawa Tlomak
- 4:07 PM Testimony of Jeffrey Johnson
- 4:59 PM Jurors excused for the day
- 5:02 PM Defendant moves for mistrial, denied
- 5:10 PM Adjourn

Wednesday, March 19, 2025:
- 8:40 AM Plaintiffs move to voluntarily dismiss Tracy and Albert Cole's Fourteenth Amendment loss of society and companionship claim with prejudice, granted
- 8:45 AM Testimony of Joseph Mensah
- 9:41 AM Recess
- 9:54 AM Resume Testimony of Joseph Mensah
- 10:47 AM Recess
- 11:03 AM Resume Testimony of Joseph Mensah
- 11:45 AM Testimony of Lori Rom
- 11:54 AM Testimony of Ricky Burems
- 12:17 PM Recess for lunch
- 1:18 PM Resume Testimony of Ricky Burems
- 1:52 PM Plaintiff rests
- 1:53 PM Testimony of Sarah Hopkins
- 2:31 PM Testimony of Davion Beard
- 3:21 PM Recess
- 3:32 PM Testimony of Michael Knetzger

- 4:20 PM Defendant rests
- 4:21 PM Jurors excused for the day
- 4:22 PM Verdict/Instruction conference
- 4:49 PM Adjourn

Thursday, March 20, 2025:
- 9:12 AM Plaintiff's closing argument
- 10:18 AM Recess
- 10:30 AM Defendant's closing argument
- 11:28 AM Plaintiff's rebuttal
- 11:45 AM Jury instructed
- 12:10 PM Jury begins deliberations
- 12:37 PM Discussion re exhibits in evidence and first note from jury
- 1:14 PM Discussion re second note from jury
- 1:44 PM Discussion re evidence provided to the jury and third note from the jury
- 3:39 PM Discussion re fourth note from jury
- 4:11 PM Discussion in chambers re fifth note from jury
- 4:23 PM Bailiff brings in the jury; jury indicates that they are unable to reach a unanimous verdict; court gives Seventh Circuit Pattern Civil Jury Instruction 1.34
- 5:00 PM Discussion re fourth note from jury
- 5:04 PM Bailiff brings in the jury; jury indicates that they are unable to reach a unanimous verdict; court declares a mistrial; jury dismissed
- 5:06 PM Court discusses new trial date with the parties
- 5:15 PM Adjourn