# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE, et al.**
**Plaintiffs,**

**v.**                                                    **Case No. 22-CV-856**

**JOSEPH ANTHONY MENSAH, et al.**
**Defendants.**

---

## NOTICE OF HEARING

**IT IS ORDERED** that a Final Pretrial Conference is scheduled for **August 22, 2025 at 10:00 a.m. Central Time in Courtroom 390** and a Jury Trial is scheduled to begin on **September 8, 2025 at 9:00 a.m. Central Time in Courtroom 390**.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge