# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE,**
        **Plaintiff,**

v.                                                                  Case No. 22-CV-856

**JOSEPH ANTHONY MENSAH, et al.**
        **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 08/22/2025
Time Commenced: 9:57 a.m.           Concluded: 11:05 a.m.
Deputy Clerk: KQV                   Court Reporter: Sue

APPEARANCES:

Plaintiff: By Attorneys Annalisa Pusick, Kimberley Motley, and Nathaniel Cade Jr

Defendants: By Attorneys Jasmyne Baynard and Joseph Wirth

Nature of Conference: Final Pretrial Conference

Notes:
- Final pretrial conference held.
- The Court ruled on the parties' supplemental motions in limine.
- Jury trial is set to begin on Monday, September 8, 2025, at 8:30 a.m. in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman.