UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ESTATE OF ALVIN COLE,**
        **Plaintiff,**

v.                                          Case No. 22-CV-856

**JOSEPH ANTHONY MENSAH. , et al.**
        **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 9/5/2025
Time Commenced: 2:30 p.m.           Concluded: 2:55 p.m.
Deputy Clerk:                              Court Reporter: Sue

APPEARANCES:

Plaintiff: By Attorney Nathaniel Cade Jr and Kimberly Motley

Defendants: By Attorney Jasmyne Baynard and Joseph Wirth

Nature of Conference: In-Court Hearing

Notes:

- The parties discussed pending open motions before trial.
- The parties discussed the order of witnesses on the first day.