# UNITED STATES DISTRICT COURT

_____ Eastern _____    **DISTRICT OF**    _____ Wisconsin _____

Estate of Alvin Cole

**EXHIBIT AND WITNESS LIST**

V.

Joseph Mensah

Case Number: 22-cv-856

| PRESIDING JUDGE<br>Lynn Adelman | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|
| TRIAL DATE (S)<br>September 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | David Shamsi Squad Video - Cole Shooting |
| 2 | | | | | David Shamsi Squad Video Enhanced #1 |
| 3 | | | | | David Shamsi Squad Video – Enhanced #2 |
| 4 | | | | | Evan Olson Squad Video – Enhanced |
| 5 | | | | | 3D Video Mapping of Scene |
| 6 | | | | | Crime Reconstruction Report |
| 7 | | | | | Scene Diagram Unnumbered |
| 8 | | | | | Scene Diagram Numbered |
| 9 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 9 |
| 10 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 10 |
| 11 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 11 |
| 12 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 12 |
| 13 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 13 |
| 14 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 14 |
| 15 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 15 |
| 16 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 16 |
| 17 | | | | | Joseph Mensah 6/26/23 Deposition Exhibit 17 |
| 18 | | | | | David Shamsi Deposition Exhibit 18 |
| 19 | | | | | David Shamsi Deposition Exhibit 19 |
| 20 | | | | | David Shamsi Deposition Exhibit 20 |
| 21 | | | | | Dexter Schleis Deposition Exhibit 21 |
| 22 | | | | | Evan Olson Deposition Exhibit 22 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print    Save As...    Export as FDF    Retrieve FDF File    Reset    New Page

# UNITED STATES DISTRICT COURT

Eastern        **DISTRICT OF**        Wisconsin

Estate of Alvin Cole

## EXHIBIT AND WITNESS LIST

V.

Joseph Mensah

Case Number: 22-cv-856

| PRESIDING JUDGE<br>Lynn Adelman | | | | | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>September 8, 2025 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 23 | | | | | Evan Olson Deposition Exhibit 23 | |
| 24 | | | | | Evan Olson Deposition Exhibit 24 | |
| 25 | | | | | Jeffrey Johnson Deposition Exhibit 25 | |
| 26 | | | | | Jeffrey Johnson Deposition Exhibit 26 | |
| 27 | | | | | David Shamsi Full Squad Video | |
| 28 | | | | | Evan Olson Squad Video Exterior | |
| 29 | | | | | Jeffrey Johnson Squad Video Exterior | |
| 30 | | | | | Joseph Mensah Squad Video | |
| 31 | | | | | Dexter Schleis Squad Video | |
| 32 | | | | | Google Map Mayfair Mall | |
| 33 | | | | | Dr. Tlomak Medical Autopsy Report 04/2020 | |
| 34 | | | | | Dr. Tlomak Medical Autopsy Report 01/10/2025 | |
| 35 | | | | | Autopsy Photos Alvin Cole 1 - 3 | |
| 36 | | | | | Autopsy Photos Alvin Cole 4 - 9 | |
| 37 | | | | | Autopsy Photos Alvin Cole 10 - 14 | |
| 38 | | | | | Autopsy Photos Alvin Cole 15 - 20 | |
| 39 | | | | | Milwaukee Police Investigative Report regarding Alvin Cole Shooting | |
| 40 | | | | | Damion Beard Police Report Interview 2/2/20 | |
| 41 | | | | | Sarah Hopkins Police Report Interview 2/2/20 | |
| 42 | | | | | Sarah Hopkins Police Interview 2/2/20 | |
| 43 | | | | | Sarah Hopkins Diagram Picture & Photographs | |
| 44 | | | | | Dispatch Audio Transmissions | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 76 Pages

# UNITED STATES DISTRICT COURT

Eastern                    DISTRICT OF                    Wisconsin

Estate of Alvin Cole

## EXHIBIT AND WITNESS LIST

V.
Joseph Mensah

Case Number:

| PRESIDING JUDGE Lynn Adelman | | | | | PLAINTIFF'S ATTORNEY Kimberley Cy. Motley | DEFENDANT'S ATTORNEY Jasmyne Baynard |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) September 8, 2025 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 45 | | | | | Dexter Schleis Squad Video | |
| 46 | | | | | Robert Piehl Police Report Interview | |
| 47 | | | | | Steven B. Irving Police Report Interview | |
| 48 | | | | | Steven Irving Audio Interview | |
| 49 | | | | | Audio Transmissions Written Report | |
| 50 | | | | | David Shamsi Video Written Report | |
| 51 | | | | | Joseph Mensah Police Report Interview 2/6/20 | |
| 52 | | | | | Evan Olson Police Report Interview 2/3/20 | |
| 53 | | | | | David Shamsi Police Report Interview 2/2/20 | |
| 54 | | | | | David Shamsi Police Report Interview 7/16/20 | |
| 55 | | | | | Jeffrey Johnson Police Interview Reports | |
| 56 | | | | | Dexter Schleis Police Report Interview | |
| 57 | | | | | Evan Olson Police Reports | |
| 58 | | | | | Shenora Staten Police Report | |
| 59 | | | | | Lori Rom Police Report 2/2/20 | |
| 60 | | | | | Maria Arbiter Police Report Interview 2/2/20 | |
| 61 | | | | | Non-emergency Dispatch Call | |
| 62 | | | | | Joseph Wong Police Report | |
| 63 | | | | | Wauwatosa Use of Force Policy | |
| 64 | | | | | Mensah Letter of Reprimand - 2019 | |
| 65 | | | | | Mensah Discipline Suspension Recommendation 2019.12.06 | |
| 66 | | | | | Mensah Vehicle Pursuit Report - 2019.05.27 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 7 Pages

# UNITED STATES DISTRICT COURT

Eastern      **DISTRICT OF**      Wisconsin

Estate of Alvin Cole

## EXHIBIT AND WITNESS LIST

V.

Joseph Mensah      Case Number:

| PRESIDING JUDGE Lynn Adelman | | | | | PLAINTIFF'S ATTORNEY Kimberley Cy. Motley | DEFENDANT'S ATTORNEY Jasmyne Baynard |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) September 8, 2025 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 67 | | | | | Evan Olson Deposition Transcript 6/27/23 | |
| 68 | | | | | David Shamsi Deposition Transcript 6/27/23 | |
| 69 | | | | | Jeffrey Johnson Deposition Transcript 7/7/23 | |
| 70 | | | | | Dexter Schleis Deposition Transcript 6/27/23 | |
| 71 | | | | | Joseph Mensah Deposition Transcript 6/26/23 | |
| 72 | | | | | Joseph Mensah Deposition Transcript 2/28/23 | |
| 73 | | | | | Joseph Mensah Deposition Transcript 3/17/22 | |
| 74 | | | | | Barry Weber Deposition Transcript 9/16/22 | |
| 75 | | | | | Barry Weber Deposition Transcript 6/6/23 | |
| 76 | | | | | Barry Weber Deposition Transcript 7/7/23 | |
| 77 | | | | | Joseph Mensah Deposition Video 6/23/23 | |
| 78 | | | | | Joseph Mensah Personnel File | |
| 79 | | | | | Evan Olson Personnel File | |
| 80 | | | | | James Armstrong Photo Log | |
| 81 | | | | | Crime Scene Photos 1 - 10 | |
| 82 | | | | | Crime Scene Photos 11 - 20 | |
| 83 | | | | | Crime Scene Photos 21 - 30 | |
| 84 | | | | | Crime Scene Photos 31 - 40 | |
| 85 | | | | | Crime Scene Photos 41 - 50 | |
| 86 | | | | | Crime Scene Photos 51 - 60 | |
| 87 | | | | | Crime Scene Photos 61 - 70 | |
| 88 | | | | | Crime Scene Photos 71 - 80 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of ~~7~~ Pages

# UNITED STATES DISTRICT COURT

Eastern      **DISTRICT OF**      Wisconsin

Estate of Alvin Cole

**EXHIBIT AND WITNESS LIST**

V.

Joseph Mensah

Case Number:

| PRESIDING JUDGE<br>Lynn Adelman | | | | | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jasmyne Baynard |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>September 8, 2025 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 89 | | | | | Crime Scene Photos 81 - 103 | |
| 90 | | | | | Crime Scene Photos 125 - 187 | |
| 91 | | | | | Crime Scene Photos 244 - 291 | |
| 92 | | | | | Alvin Cole Pictures | |
| 93 | | | | | Joseph Mensah WISN Interview | |
| 94 | | | | | Mensah Interview Podcast | |
| 95 | | | | | Senate Hearing Testimony 02/06.2025 | |
| 96 | | | | | Barry Weber Deposition 7/7/23 Exhibit 9 | |
| 97 | | | | | Barry Weber Deposition 7/7/23 Exhibit 10 | |
| 98 | | | | | Barry Weber Deposition 7/7/23 Exhibit 11 | |
| 99 | | | | | Barry Weber Deposition 7/7/23 Exhibit 12 | |
| 100 | | | | | Barry Weber Deposition 7/7/23 Exhibit 13 | |
| 101 | | | | | Barry Weber Deposition 7/7/23 Exhibit 14 | |
| 102 | | | | | Barry Weber Deposition 7/7/23 Exhibit 15 | |
| 103 | | | | | Barry Weber Deposition 7/7/23 Exhibit 16 | |
| 104 | | | | | Barry Weber Deposition 7/7/23 Exhibit 17 | |
| 105 | | | | | Wauwatosa Police Pictures | |
| 106 | | | | | Crime Scene Video | |
| 107 | | | | | Shenora Staten-Jordan Police Interview | |
| 108 | | | | | Trial transcript testimony of Joseph Mensah dated March 19, 2025 | |
| 109 | | | | | Trial transcript testimony of Evan Olson dated March 18, 2025 dated March 18, 2025. Evan Olson d | |
| 110 | | | | | Trial transcript testimony of Jeffrey Johnson dated March 18, 2025 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of _____ Pages

# UNITED STATES DISTRICT COURT

Eastern _____ **DISTRICT OF** _____ Wisconsin

Estate of Alvin Cole

## EXHIBIT AND WITNESS LIST

V.

Joseph Mensah

Case Number:

| PRESIDING JUDGE Lynn Adelman | | | | | PLAINTIFF'S ATTORNEY Kimberley Cy. Motley | DEFENDANT'S ATTORNEY Jasmyne Baynard |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) September 8, 2025 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 111 | | | | | Trial transcript testimony of David Shamsi dated March 17, 2025 | |
| 112 | | | | | Trial transcript testimony of Dexter Schleis dated March 17, 2025 | |
| 113 | | | | | Trial transcript testimony of Dr, Tlomak dated March 18, 2025 | |
| 114 | | | | | Trial transcript testimony of Davion Beard  dated March 19, 2025 | |
| 115 | | | | | Beard Criminal Complaint, Police Reports, and Court Documents | |
| 116 | | | | | Beard Court Transcripts 7/22/2025 | |
| 117 | | | | | Joseph Mensah - Senate Committee Hearing Testimony 2/6/25 | |
| 118 | | | | | Robert Piehl Police Report | |
| 119 | | | | | Trial transcript testimony of Sarah Hopkins dated March 19, 2025 | |
| 120 | | | | | Trial transcript testimony of Michael Knetzger dated March 19, 2025 | |
| 121 | | | | | Mensah Waukesha Sheriff Department Resignation Letter | |
| 122 | | | | | Mensah Waukesha Personnel File | |
| 123 | | | | | Mensah UW Personnel File | |
| 124 | | | | | Alvin Cole Pictures #1 - 3 | |
| 125 | | | | | Joseph Mensah - Joe Pags Podcast Interview 2020 | |
| 126 | | | | | Police Report of Kelsey Pentimalli | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* notation as to the location of any exhibit not held with the case file or not available because of size.

Page 6 of 7 Pages

# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     Wisconsin

Estate of Alvin Cole

V.

Joseph Mensah

## EXHIBIT AND WITNESS LIST

Case Number: 22-cv-856

| PRESIDING JUDGE Lynn Adelman | PLAINTIFF'S ATTORNEY Kimberley Cy. Motley | DEFENDANT'S ATTORNEY Jasmyne Baynard |
| --- | --- | --- |
| TRIAL DATE (S) September 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 127 | | | | | MCTS 5223 Streetside Camera |
| 128 | | | | | MCTS 5223 Windshield Camera |
| 129 | | | | | MCTS 5621 Streetside Camera |
| 130 | | | | | MCTS 5621 Windshield Camera |
| 131 | | | | | MCTS 5711 Curbside Camera |
| 132 | | | | | MCTS 5711 Windshield Camera |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page