```
              UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF WISCONSIN

---------------------------------------------------------------

 ESTATE OF ALVIN COLE,               )
                                     )
                   Plaintiffs,       )    Case No. 22-CV-856
                                     )    Milwaukee, Wisconsin
      vs.                            )
                                     )    September 8, 2025
 JOSEPH MENSAH,                      )
                                     )
                   Defendant.        )
---------------------------------------------------------------
```

**EXCERPT TRANSCRIPT OF OPENING STATEMENTS**
BEFORE THE HONORABLE LYNN ADELMAN
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:
 For the Plaintiff
 ESTATE OF ALVIN COLE:          Cade Law Group LLC
                                By: Nathaniel Cade, Jr & Annalisa
                                Pusick
                                PO Box 170887
                                Milwaukee, WI 53217
                                Ph: 414-255-3802
                                nate@cade-law.com

                                Motley Legal Services
                                By: Kimberly Chongyon Motley
                                PO Box 1433 US 28106
                                Matthews, NC 28106
                                Ph: 704-765-4887
                                kcmotley@gmail.com
 For the Defendant
 JOSEPH MENSAH:                 Wirth & Baynard
                                By: Joseph M Wirth & Jasmyne M
                                Baynard
                                9898 W Bluemound Rd - Ste 2
                                Wauwatosa, WI 53226
                                Ph: 414-291-7979
                                Jmw@wbattys.com


 U.S. Official Reporter:        SUSAN ARMBRUSTER, RPR, RMR, FCRR
 Transcript Orders:             Susan_Armbruster@wied.uscourts.gov
Proceedings recorded by computerized stenography,
transcript produced by computer aided transcription

1             (Excerpt transcript.)

2             MS. MOTLEY:  Good morning, Members of the Jury, and

3 thank you for being here today.  My name is Attorney Kimberly

4 Motley.  And along with my co-counsel, Attorney Nate Cade and

5 also Attorney Annalisa Pusick, we have the privilege and honor

6 of representing the Estate of Alvin Cole.

7             Now, you'll hear us refer to this as the Estate of

8 Alvin Cole, and that consists of -- I want to introduce you to

9 Alvin Cole's parents.  His mother, Tracey Cole and Albert Cole,

10 please stand.

11             THE COURT:  Thank you.

12             MS. MOTLEY:  In addition to the parents being here,

13 there's -- Alvin's siblings are here as well.  Alvin was the

14 baby to seven brothers and sisters.  Now, you're here because

15 you must decide whether Joseph Mensah used excessive force

16 against Alvin Cole.

17             Alvin Cole was a 17 year-old kid who died at the hands

18 of Joseph Mensah.  You'll learn that on February 2nd of 2020

19 when this happened, that there were other officers at the scene.

20 And although Mr. Mensah was not the closest officer to Alvin, he

21 was the only one who shot at Alvin five times when he was on the

22 ground.

23             THE COURT:  Can you get the mic a little more towards

24 you?  That's better.

25             MS. MOTLEY:  Former Wauwatosa Police Officer Joseph

2

1    Mensah's actions were not necessary.  It wasn't self defense,

2    and his actions were not reasonable.

3          Now, as tragic as the situation is and I'll try to

4    talk louder, this case is simple, and there's three things that

5    you're going to need to know when you're making your decisions

6    as jurors.

7          The first thing that you need to know is that

8    Mr. Mensah claims that the reason why he shot at Alvin Cole five

9    times when he was on the ground is because he was doing that to

10   protect himself.  So I'm going to sort of draw my three points

11   here.  So the first point Mensah claims that he shot five times

12   only to protect himself.

13         The second point that you're going to hear is that

14   Mr. Mensah claims that the reason why he shot is because Alvin

15   was pointing a gun at him and only him.  However, if there was

16   no gun pointed at Mr. Mensah, then he used excessive force.

17   That's point number two.  If no gun was pointed at Mensah,

18   excessive force.

19         The last thing you have to remember with regards to

20   this case is that Mr. Mensah is the only one who is on trial

21   here.  This is a civil matter that's being brought on behalf of

22   the Estate of Alvin Cole against Mr. Mensah.

23         So the third point is Mensah is on trial.  And that,

24   Ladies and Gentlemen, is the case in a nutshell, those three

25   things.  You will learn that Mr. Mensah's actions were not

3

1    reasonable.

2         Now, there's two truths that you'll learn as you hear

3    the evidence in this case, and you'll learn that two things can

4    be true at the same time.  We can all agree that police have a

5    hard job to do.  But simultaneously as the Judge has instructed

6    you on the law, you have agreed to uphold the law and uphold

7    whatever instructions the Judge continues to give you.

8         Now, certainly we understand the principle that

9    officers can use deadly force in two situations.  The first

10   situation is officers may use deadly force if their life is in

11   imminent danger, if they are facing death or great bodily harm.

12   That's the first time that officers can use deadly force.

13        The second condition that officers can be in where

14   they can use deadly force is if someone else's life is facing

15   death or great bodily harm, if someone else's life is in

16   imminent danger.  Here though for this matter, you're here

17   because Mr. Mensah is claiming that the actions that he did was

18   because his own life was in imminent danger, and it is your job

19   to evaluate whether or not that is true.

20        Now, police are trained and they are required to make

21   decisions to use deadly force when it's appropriate, and you'll

22   learn that when police decide to make that decision, they have

23   to articulate in their head whether their life is in imminent

24   danger for this situation.  They have to articulate in their

25   head whether they are justified to shoot.

1        It's an assessment that police have to go through, and

2   this is what they are trained to do.

3        So essentially what police are trained is you shoot

4   assess, shoot assess, shoot assess.  You do that in your head.

5   And in this situation, Mr. Mensah was required to make that

6   assessment five times.

7        Now, we're going to talk about what happened on

8   February 2nd of 2020.  It was Super Bowl Sunday.  This is a

9   picture of Alvin.  That morning he was at home with his family.

10  He asked his parents if he could go to the mall with his

11  friends.  They agreed.  His mother dropped him off at his

12  friend's house, and that is the last time that they saw Alvin.

13       Now, while Alvin was at the mall, he hooked up with

14  his friends.  And unfortunately, they got into a verbal

15  altercation with another group of people.  Now, this was a

16  verbal dispute, didn't get physical.  There weren't any punches

17  thrown.  But the mall security asked Alvin and his friends to

18  leave, and they did.

19       Someone at the mall thought maybe that one of the kids

20  had a gun, and so a call was made to the Wauwatosa Police

21  Department nonemergency line regarding this.  And so just to

22  give you an idea of what this looks like, Alvin was outside and

23  when he was outside, he was confronted by the police as well as

24  his friends.

25       And you can see Alvin's picture, you can see Alvin's

1   picture here.  He is wearing a gray sweatshirt and white shoes.

2   When Alvin went outside, was confronted by the police, he made a

3   bad decision, and he ran.  Him and his friends ran from the

4   police.  I don't know why they did it.  He was a kid.  Brain

5   isn't fully formed, but he ran.

6          Now, some kids ran faster.  Some kids ran slower.

7   Alvin was one of the slower kids.  And we make no excuse about

8   it, but in that black fanny pack that Alvin has on him is a gun.

9   Chasing Alvin and his friends are different people, and we'll

10  talk about who these people are.  But first what you'll see is

11  there is a mall security guard by the name of Davion Beard.

12  He's wearing that bright yellow reflector.  He's chasing Alvin

13  and his friends.

14         You'll also see this is runs -- North and south is

15  Mayfair Road.  And I know that while we have been working on

16  this case for a long time, I'm going to try to orient you to

17  that area in my opening statement.

18         In the background, you'll see that's when running --

19  North and south is Mayfair Road.  And Officer Evan Olson is

20  there with two of the kids who were also running towards Mayfair

21  Road, and there's a fence at the end of this road that you'll

22  see.

23         In addition to this, you'll see that this is Officer

24  David Shamsi.  Now at the time that this happened, he was a

25  Wauwatosa officer.  Agent Shamsi is a military veteran, and now

1    he works as an FBI agent.  And what we're looking at is actually

2    a screen shot from his squad camera.  It is because of David

3    Shamsi that we have this evidence.

4         Now, in the area -- Let me just show you what it looks

5    like.  So this is a screen shot of a 3D mapping that was created

6    by State Highway Patrol Member Matthew Johnson.  Both parties

7    have agreed that we don't need to have him come here and say

8    yes, I did this.  But this is a screen shot of his video.

9         So just to get you into the mind of where things are.

10   We have -- This is a path that Alvin Cole and David Shamsi were

11   running, okay.  What's running north and south, this is Mayfair

12   Road.  You can actually see a car that's going northbound.  To

13   the right way off to the right in this white building, this is

14   the Cheesecake Factory, all right.  In the background, you'll

15   see where this red and white sign is, this is the US Bank

16   building.

17        Now, back in February of 2020, what we have -- I don't

18   know if you guys have been there, but there's a restaurant

19   called Eldr & Rime.  It wasn't there in 2020, but it's there

20   now.  And next to Eldr & Rime is the Renaissance Hotel.  In

21   2020, this was a construction area, and you'll see that there's

22   sort of a three-foot cement block.  On top of it is a fence with

23   sort of a black tarp.

24        And so I'm going to show you what the 3D mapping video

25   looks like.  It is going to be pretty quick.  But this video was

7

1    actually created a few hours after this incident, and I want to

2    give you all sort of warnings that it's slightly graphic.  This

3    is the place where Alvin was killed, and you'll see that in the

4    video sort of the area.  So I am going to play it.

5              (Whereupon tape is played.)

6              MS. MOTLEY:  You can see the three-foot cement block,

7    the fence on top of it, the black tarp.  Towards the end of the

8    black tarp in that fence -- is a fence without the black tarp.

9    There's some snow and ice on the ground.  You'll see a half

10   parking space from the cement block, a lot of debris, and

11   Mayfair Road in the background.

12             Now, as Alvin is running and, Ladies and Gentlemen,

13   you won't hear any evidence that Alvin was a gun expert.  You

14   won't hear any evidence that Alvin knew how to handle guns.

15   Unfortunately, it turns out that as Alvin was running, the gun

16   comes out and unfortunately turns out there was one bullet in

17   the chamber and Alvin shot himself in his left arm breaking it.

18             Now, we all as parties have agreed that during this

19   incident, Alvin shot himself.  The defendants know it, we know

20   it, and Alvin shot himself in that left arm, and he fell to the

21   ground immediately.  His left arm -- And when he falls to the

22   ground, Agent Shamsi is right next to him.  He's a little bit

23   further up.

24             I am showing you because the next slide I am going to

25   show you, you're not really going to see Agent Shamsi because he

1    is way by where Alvin is, and he's tending to that.

2              So Shamsi catches up with Alvin.  Davion Beard is

3    close to Alvin, and Wauwatosa Officer Evan Olson is still on

4    Mayfair Road, and he's dealing with two young people.  So as

5    Agent Shamsi is up there next to Alvin, the gun goes off.

6              Now, Agent Shamsi, he doesn't know who fired that

7    first shot.  You're going to hear from him.  He's going to

8    testify to that, and he has testified to that.

9              Agent Shamsi did not see a muzzle flash.  As a matter

10   of fact, Mr. Mensah also did not know where the first shot came

11   from.  Mr. Mensah also did not see a muzzle flash.  Mr. Mensah

12   was also unaware that Alvin had just shot himself in that left

13   arm.

14             And this screen shot is about where the officers are

15   when Alvin does that first shot.  So you'll see who we have in

16   this video is also former -- excuse me -- current Wauwatosa

17   Officer Jeffrey Johnson.  He's sort of running in the same

18   direction as Joseph Mensah.  And right here is Joseph Mensah.

19   This video demonstrates the screen shot about where he was when

20   Alvin accidentally shot himself.

21             Now, we believe Alvin was trying to throw the gun over

22   the fence.  We don't know.  And so Alvin falls to the ground.

23   David Shamsi is right next to him.  He's literally standing next

24   to him.  And ten seconds while Alvin is on the ground, Joseph

25   Mensah comes running up and starts shooting at him five times

9

1    while he's on the ground.

2           David Shamsi was a few feet away.  He never shot his

3    weapon one single time.  You'll hear from Evan Olson.  Now, Evan

4    Olson was on Mayfair Road, and he was slightly further away.

5    It's really important to note that David Shamsi, Agent Shamsi,

6    he had the closest and clearest view of Alvin.  Agent Shamsi

7    will tell you that his training kicked in, that when he saw

8    Alvin on the gun -- on the ground, excuse me, and the gun also

9    on the ground, that he did not see that gun move.  He never saw

10   Alvin raise it.  He never saw Alvin point it.  And more

11   importantly for your purposes, Agent Shamsi will tell you he did

12   not see Alvin Cole point the gun at Joseph Mensah.

13          On Mayfair Road is former Wauwatosa officer or current

14   Wauwatosa officer, excuse me, Evan Olson.  And in those ten

15   seconds for Evan Olson while Alvin is on the ground having

16   injured himself, he is dealing with two other kids that ran.  So

17   they are on the ground in front of him.  He hears a shot.  He

18   also does not know who fired the first shot.  He does did not

19   see a muzzle flash.  He sort of looks up still dealing with

20   these two kids, and he never shoots, not even once.

21          Now, Officer Olson is a friend of Joseph Mensah, and

22   he'll tell you that.  He refused to be interviewed that night,

23   but he allowed himself to be interviewed in the office of his

24   lawyer the next day or the day after.  And even with his

25   training and his knowledge, he also did not shoot.

1     Now, Officer Olson, you will hear him on David

2     Shamsi's squad-cam video.  He's the one yelling stop, stop

3     almost simultaneously while Joseph Mensah is shooting at Alvin

4     Cole.

5     Jeffrey Johnson who again you see here running also

6     towards Mayfair Road, he also is going to testify that he also

7     never shot.  So out of the three officers, Officer Shamsi,

8     Officer Olson, and Officer Johnson, they never shot, and two of

9     the officers never saw Alvin Cole point his gun at Mr. Mensah.

10     Now, unfortunately Mr. Mensah didn't have body cam

11     video.  We would have loved to have shown you his perspective of

12     what he actually saw that night, but he didn't have it on.

13     Unfortunately, Mr. Mensah, we don't have his squad cam video.

14     It didn't capture what happened.  He came in, parked his vehicle

15     and started running.  We don't have that image from his squad

16     cam either.

17     So thanks to Agent Shamsi, we do have the only video

18     that we're aware of of Alvin being shot.  The video is pretty

19     grainy, and unfortunately it is not something that we can fix.

20     We would love to show you other videos.  This isn't

21     like TV where there's multiple videos that are out there.  You

22     know, there's -- can't really edit evidence obviously.  You

23     shouldn't, so this is the best video that we have.

24     And I want to show that video to you.  It is a clip of

25     it.  And what you're going to see with the video is it is Evan

1    Olson's squad-cam video, and also you'll hear -- sorry Agent

2    David Shamsi's squad-cam video, and you will hear him, and you

3    will also hear Wauwatosa Officer Evan Olson sort of in the

4    background.  This video is about 30 seconds, and I want to treat

5    is very respectfully.

6          What you're going to be seeing is the last sort of few

7    minutes of Alvin's life, and I think that is something that we

8    all need to be very aware of.  So I'm going to play the video.

9          (Whereupon tape is played.)

10         MS. MOTLEY:  That's the video we have.  Now, we talked

11   about all the other officers, ten seconds while Alvin is on the

12   ground.  Mr. Mensah's ten seconds is vastly different.

13   According to Mr. Mensah, he has already testified that when he

14   came to the scene, he was amped up.  He claims that Alvin shot

15   himself, and if you can't see me, please feel free to move.

16   You're welcome to do that.  It is very important that you see

17   and you hear everything.

18         So Mr. Mensah claims that Alvin goes on the ground.

19   He shot himself in his left arm.  The concrete block is in front

20   of him.  And according to Mensah, he -- and Mensah is coming

21   from the left.  David Shamsi is right here.  While Alvin is on

22   the ground, Mr. Mensah claims that Alvin is crawling about nine

23   feet or about three yards on his left arm that he just shot.

24   And he claims that while he's doing that, he is pointing his gun

25   under or over at Mensah and only Mensah, and he said that's why

1    he shot him.

2         Just to give you an idea of what that sounds like.

3    According to Mensah, Alvin shot himself on the arm.  Ten

4    seconds.  This was not a split-second decision situation.

5         You'll learn that every single officer at that scene

6    had the same training as Mr. Mensah, and they didn't shoot.

7    You'll also learn that every single officer at the scene had the

8    same ten seconds, and they didn't shoot.  Mr. Mensah's actions

9    were excessive.

10        Now, we as civil lawyers, the reason I'm able to sort

11   of share a lot of this information with you is because we're

12   aware of what people are going to say.  We've taken depositions

13   where people have come in, and they've answered our questions

14   under oath with a court reporter there.  We know the answers to

15   these questions because we've asked them before.

16        And if the gun was not pointed at Joseph Mensah, he

17   used excessive force.  You will hear from several other

18   witnesses.  You'll hear from Dr. Tlomak.  Now, Dr. Tlomak was

19   the Milwaukee County medical examiner.  And she's the one that

20   performed the autopsy on Alvin.  You'll learn from Dr. Tlomak

21   that the physical evidence and the medical examiner's findings

22   directly confirm that Alvin was not pointing his gun at Joseph

23   Mensah.

24        Dr. Tlomak will talk about her report.  This is part

25   of her report.  Everything that is sort of drawn on here was

1    drawn by Dr. Tlomak.  So she'll talk to you about how she

2    labeled each injury.  And although they are numbered, they are

3    not numbered in the order that they happened.  It is just how

4    she chose to number it.  So unfortunately again, this isn't TV.

5    She can't tell you the order of the shots.  You'll learn from

6    Dr. Tlomak that two of those shots were to Alvin's back.

7            Dr. Tlomak will tell you that the reason why I know

8    that Alvin shot himself in the left arm, wound number five, is

9    because there's stippling.  And she sort of wrote these little

10   dots, stippling, which is essentially gun powder residue for a

11   close-range shot.

12           Dr. Tlomak will also share with you about the back

13   injuries, wounds three and four.  You'll learn from Dr. Tlomak

14   that although Mr. Mensah shot at Alvin five times, he did not

15   shoot him five times.  He shot him three times, two in the back

16   and one in the left side.  And the evidence will also show that

17   for injury number two, which is near his left armpit.  You'll

18   learn that like any tangible item, that bullets have a weight to

19   them, and they are measured in grains.  G-R-A-I-N-S, grains.

20           So the evidence will show that with regards to this

21   bullet, it was about 150 grains.  So Dr. Tlomak noted the

22   injuries and the bullets and grains that she was able to

23   recover.  You'll learn for instance that in the back wound,

24   bullet wound number four, that she was able to recover a

25   146 grain bullet.  You'll also learn that for wound number two,

1   the injury number two, that she was only able to recover

2   50 grains of the projectile jacket, so a third of the bullet,

3   and that is because the evidence will show that it suggests that

4   it hit something hard, and it hit Alvin on his left side.  That

5   is why it is only a third of the bullet, and that is why it is

6   only the jacket.

7           You will also hear from Detective Lori Rom.  Detective

8   Lori Rom, both her and her partner, William Schroeder, they both

9   work for the Milwaukee Police Department.  She will talk to you

10  about she was sort of --  Milwaukee police was the investigating

11  agency after this incident.  She'll talk to you about how they

12  choose different departments to deal with such things that

13  aren't part of that particular police department, and she'll

14  tell you that she came to the scene that night and tried to talk

15  to the officers at the scene.

16          Detective Lori Rom will tell you that she was able to

17  talk to Agent David Shamsi at the scene that night, and he told

18  her what happened.  Evan Olson and Mr. Mensah decided to talk a

19  few days later in their lawyers' office.  You'll hear from

20  Detective Rom that she also wrote police reports, that she did

21  memorialize what was said to her, and you'll hear her testimony.

22          In addition to this, you will hear from a citizen

23  witness.  You will hear from Shenora Jordan.  Shenora Jordan is

24  a principal.  And unfortunately her and her family were actually

25  traveling southbound -- get my directions mixed up -- southbound

1    on Mayfair Road, and you'll hear testimony that this is here and

2    her family are in this white pilot SUV.  In the car is principal

3    Jordan, her daughter Chloe, and her husband, and her son.

4           Now, while she's traveling down Mayfair Road, she saw

5    Alvin being shot by Joseph Mensah.  She will testify that she

6    also did not see Alvin pointing a gun at anyone.  She will

7    testify how lit up Alvin was because the officers had

8    flashlights.  And so the three flashlights were sort of

9    converging on Alvin while he was on the ground for those ten

10   seconds.  You will hear her testimony.

11          In addition to this, you will hear from our expert

12   witness, Detective Ricky Burems.  Now, Ricky Burems, he used to

13   work for the Milwaukee Police Department, the same investigating

14   agency of this incident, and he'll teach you about some of the

15   tactics that police are trained in.  He'll talk about the

16   Defensive and Arrest Tactics.  It stands for DAAT, D-A-A-T,

17   Defensive and Arrest Tactics.  Ricky Burems will share with you

18   the training for law enforcement.  You will hear from him.  He

19   is a person that worked for the Milwaukee Police Department for

20   over 25 years.  He will teach you about the training standards

21   for police.  The Court will instruct you on the law, and

22   Detective Burems will instruct you on the training.

23          You will learn from Detective Burems that there is

24   five continuum of use of force that goes to five levels.  He

25   will talk through the relevant levels.  The first level in the

1   use of force is presence.  It is where an officer is wearing his

2   uniform.  He's present.  He's there, and the fifth level, the

3   most extreme level in that continuum, is deadly force.

4          Detective Burems will talk to you about how when you

5   use deadly force when an officer has made that decision to use

6   deadly force, and in this situation their life has to be in

7   imminent danger of death or great bodily harm.  An officer is

8   required per training to articulate in their mind whether or not

9   they are in imminent danger of death or great bodily harm.

10         That is an analysis that is supposed to go on in his

11  mind, that part of the training.  You are supposed to assess the

12  situation.  Detective Burems will tell you that with every pull

13  of the trigger in this situation, with the five pulled triggers,

14  you are supposed to shoot assess, shoot assess, shoot assess.

15         Now, I've used the word excessive force.  And what is

16  that?  An officer can't just shoot somebody because you have a

17  gun.  That's not the law.  In fact, in the State of Wisconsin,

18  you're allowed to have a gun on the street.  This is an

19  open-carry state.  What you need to decide is whether Mr. Mensah

20  had a legitimate fear of death or great bodily harm to himself.

21  You have to decide whether or not he acted as an objectively

22  reasonable officer, and it is an objective standard.  What that

23  means is you have to evaluate the evidence and objective

24  standard is based on reality.

25         So the evidence that you will be presented with are

17

1  videos, photographs, witness testimony, medical reports, scene

2  reports.  You'll learn that Mr. Mensah did not behave as an

3  objectively reasonable officer.

4       Now, because this is a civil matter and this sort of

5  brings me to this third point, that Joseph Mensah is the one on

6  trial.  This is a civil case.  This is not a criminal case.

7  Mr. Mensah is not under arrest.  He won't be under arrest based

8  on your decision.  Mr. Mensah is not going to jail based on your

9  decision.  Every night when you leave this building, Mr. Mensah

10 will also be leaving this building.  This is a civil matter.  It

11 is not criminal.

12      So also because it is a civil matter, there is a

13 different burden of proof than a criminal matter.  In a civil

14 case for this situation, the burden of proof is called based

15 upon the preponderance of the evidence.  And what that means is

16 it is a more probably true than not standard.

17      So to give you sort of an idea.  During football --

18 Green Bay Packers won last night.  That is always good, that you

19 are on the 50-yard line.  You have to make a first down at the

20 50-yard line.  If you come a hair over the 50-yard line, you

21 make that first down.  That is a preponderance of the evidence,

22 more probably true than not.

23      Another example if you have weight scales.  It is 50

24 plus a feather.  That is our burden of proof, more probably true

25 than not.  So you need to decide whether it is more probably

1    true than not that Joseph Mensah used excessive force against

2    Alvin Cole.

3            As you listen to the evidence and you listen to the

4    testimony, please keep in mind that Joseph Mensah is the one who

5    is on trial.  Alvin is not on trial.  We are not here to discuss

6    whether kids do stupid things like run from the police.  That is

7    not why you're here.  We know that while we've talked about the

8    ten seconds for all the officers and Mr. Mensah, let's talk

9    about those ten seconds from Alvin's perspective.

10           After Alvin shot himself on his left arm, he's on the

11   ground.  He's hurt.  He's undoubtedly in pain, and he was on

12   that hard, cold ground.  It was so cold that there was snow and

13   ice on the ground.  For those ten terrible seconds, on David

14   Shamsi's video you can hear Alvin.  Alvin is a kid.  What

15   happened to him, what Joseph Mensah did to him when he was on

16   the ground after those ten seconds, that is why you're here.

17           At the conclusion of this case, we're going to ask for

18   damages.  We will show you this case through video, witness

19   testimony.  We apologize that some of the photographs and video

20   are graphic.  We ask that you give the family grace if they need

21   to step out for a minute.  As you can imagine, this is really

22   hard for them to relive this tragedy.

23           And as I began this presentation, I will reiterate to

24   you now that two truths can exist at the same time.  There can

25   be respect for the job that police have to do, and also it can

1    exist at the same time that you can hold former Wauwatosa Police

2    Officer Joseph Mensah accountable for his actions.  The evidence

3    will show that none of the officers, none of the witnesses saw

4    Alvin Cole in those ten terrible seconds point his gun at

5    Mr. Mensah.  And when you're back there deliberating, please

6    keep this in mind that in order for Mr. Mensah to be right,

7    everyone else has to be wrong.  Thank you.

8            MR. WIRTH:  Good morning.  I'm going to be very

9    careful in my opening statements here because you're about to

10   find out why as jurors you have to hear both sides, and you have

11   to hear what the evidence will actually be before you start to

12   make up your mind, okay.  So I want to thank you for waiting to

13   hear both sides, what's called the totality of the

14   circumstances, before beginning to evaluate the case.  You have

15   to hear the evidence not the arguments and decide the case on

16   the evidence.

17           My name again is Joseph Wirth.  Along with my law

18   partner, Jasmine Baynard, we have the opportunity to represent

19   Joseph Mensah.  Circumstances that will become the ultimate

20   focus of your review took place in less time than it has taken

21   me to identify myself.  Consider that.

22           You will learn that, in fact, two things can be true

23   at the same time.  You can feel sympathy for the family over the

24   loss of life, but you can simultaneously uphold the law, as the

25   Judge will instruct you, not the lawyers.  The Judge will tell

20

1   you what the standards are.  The Judge will tell you what the

2   law is.  The Judge and the experts will tell you when deadly

3   force is permitted by law.

4       You will learn that it is not unreasonable for

5   officers to protect themselves against deadly force with deadly

6   force.  I will join in kind of an initial warning that some of

7   the language you will hear in the video, some of the images you

8   will see in the video is strong.  It isn't particularly graphic,

9   but we all know what's going on, and so it can be particularly

10  emotional.  There is powerful and profane language in the video.

11  Police officers use powerful language to gain compliance, so you

12  will hear swearing.  There will be evidence from the medical

13  examiner.  Some of it may be graphic.  She performed an autopsy,

14  and you may be presented with pictures of wounds.

15      So what actually happened in the early evening of

16  February 2, 2020?  A group of young people, including a then

17  17-year old, not the eight-year old picture you saw.  A group of

18  people, including 17-year old Alvin Cole, entered the largest

19  shopping mall in the State of Wisconsin, Mayfair Mall.

20      The mall and the crowds it draws is large enough that

21  the City of Wauwatosa actually has a police substation in the

22  mall.  On that evening, and it was Super Bowl Sunday in 2020,

23  the group became involved in a dispute with another shopper.

24  And as the police were later informed, an individual matching

25  Alvin Cole's physical description was reported to have during

21

1  this altercation or during this argument unzipped a sling bag

2  that he was wearing across his torso and brandished a handgun.

3         Mall security was alerted and a call was placed to the

4  Wauwatosa Police Department via their direct line to the

5  substation.  It was referred to as a nonemergency line.  It is

6  more than that.  It is a direct line right to the police

7  department.

8         The initial call was for a dispute in which somebody

9  said somebody may have a gun.  In addition to the Wauwatosa

10 police officers assigned to Mayfair Mall, two regular patrol

11 officers are assigned as backup officers responsible for

12 responding to the mall.

13        On February 2nd, Officer Dexter Schleis, who you will

14 meet and hear testimony from in this case, and another backup

15 officer were dispatched to the mall in response to the possible

16 handgun complaint.  They arrived, approximately, ten minutes

17 after that complaint came in.  Officer Schleis interviewed the

18 man who was threatened with the handgun and got a physical

19 description matching Alvin Cole and a description of the group

20 he was with.

21        During the interview with the victim, Schleis received

22 and then broadcasted over the radio a description of Alvin Cole,

23 male black, light skin, approximately five-foot five inches,

24 skinny build, light-colored hoodie, fanny pack, group of ten

25 males, three females ran out Entrance 3.

1        With that description, a general location and

2   confirmation of a gun, additional officers from nearby sectors

3   in the City of Wauwatosa did what they refer to as a float.  He

4   began to kind of float towards the mall in case this turned out

5   to be a serious incident.

6        They wanted to be readily available at or near the

7   mall in case the situation required it, and that's what we would

8   want.  Gun in the mall, we want the officers to start drifting

9   towards the mall.

10       Those officers included Evan Olson, David Shamsi,

11  Joseph Mensah, and Jeffrey Johnson.  Joseph Mensah and Evan

12  Olson were two of the more senior patrol officers in the

13  Wauwatosa Police Department on that evening.  David Shamsi was

14  nearing the end of his shift.  But because of the potential

15  seriousness of the police call, he stationed his vehicle in the

16  parking lot near one of the exists of the mall.

17       About 20 minutes after this initial dispatch call,

18  Officer Johnson radioed that he had been advised by mall

19  security that they had located the group that included Alvin

20  Cole.  Dispatch reminded the squads that they were looking for

21  an individual with a fanny pack, a sling bag over his shoulder.

22       About 30 seconds later, Johnson saw the group and

23  positively identified Cole who was that physical build, that

24  size, wearing a gray sweatshirt and with a fanny pack slung over

25  his torso.

1          Consequently, Officer Johnson radioed that he would be

2    getting out of his squad car and approaching the group.  Having

3    heard Johnson's call that he was going to get out of his car and

4    approach the group of young people, Officer Shamsi drove from

5    where he had been parked in the parking lot kind of -- around

6    the back side of the mall to where Johnson was about to approach

7    the group of people.

8          Why don't we play the video, Jasmine.  First, let me

9    do this.  There are two videos.  There's the video from the car

10   in Officer Shamsi's squad in 2020.  The Wauwatosa Police

11   Department did not have body cameras.  There's nothing sinister

12   about that.  They didn't have them.  They had cameras in the

13   cars in that era.

14         So there's the squad cam from Officer Shamsi.  There's

15   also the squad cam from Officer Olson.  What Officer Olson was

16   doing is he was one of the police officers that was floating

17   towards the mall.  There are two videos and two sets of audio.

18   What has been done in order to make the scene complete is kind

19   of sync, kind of sync up those two videos.

20         So the two videos you will see, the sound has been

21   synched up to the same time.  So when this is going on, this is

22   going on, and that's what we're about to play for you.  These

23   are the two videos synched together of Officer Shamsi and

24   Officer Olson.

25              (Whereupon tape is played.)

24

1    MR. WIRTH:  Pause it there, Jasmine.  What you saw is

2    Alvin Cole -- Back it up about ten seconds.  There's Alvin Cole.

3    So as Johnson and Shamsi approach the group, what they do is

4    run.  The escalation of danger that was caused by Alvin Cole's

5    decision to flee and the following foot chase is, from a police

6    perspective, an enormous escalation.

7         You will hear from a professor of police science,

8    police instructor Dr. Michael Knetzger, and from the officers

9    themselves that in police situations, a foot chase is an

10   extremely dangerous escalation of circumstances.  It exposes the

11   officer, the people in the surrounding area, the suspects, the

12   area to which they are running, it now expands the danger to all

13   those things.  This is the police version of a significant

14   escalation of danger.

15        (Whereupon tape is played.)

16        MR. WIRTH:  Bottom screen is Evan Olson.  He is the

17   one that was floating towards the mall.  The top screen is David

18   Shamsi deciding what to do.

19        (Whereupon tape is played.)

20        MR. WIRTH:  Why don't you pause it there, Jasmine.

21   Alvin Cole's decision to flee, with a hand bag that has been

22   identified as containing a hang gun, through a shopping mall

23   parking lot resulted in the shift sergeant at the Wauwatosa

24   Police Department radio all available units respond to the mall.

25   Two of the responding officers were Evan Olson, whose video you

25

1    see in the bottom and Joseph Mensah.

2            Olson races west on North Avenue.  You will see him

3    turn right to head northbound on Mayfair Road.  You will see him

4    stop at the location in the Mayfair Mall parking lot where the

5    hotel was under construction just as he saw one of the

6    individuals climb over the wall.  Start.

7            (Whereupon tape is played.)

8            MR. WIRTH:  Pause it there.  That's Evan Olson on the

9    bottom.  He has just intercepted two of the individuals that

10   were in the group that made it to Mayfair Mall before Alvin Cole

11   did.  He didn't know whether they had a gun or not.  He took his

12   gun out and said drop the gun, drop the gun.  Those two

13   individuals stopped, and he made them get down on the ground.

14           (Whereupon tape is played.)

15           MR. WIRTH:  Why don't you pause it, Jasmine.  At that

16   juncture, what started as someone says someone may have a gun at

17   the mall escalated to he does have a gun and he brandished it at

18   another shopper escalated to we can identify who we're looking

19   for and escalated to once we stop him and approach him, he leads

20   us on a foot chase.

21           Evan Olson sets up his perimeter at the far west edge

22   of the cheesecake parking lot.  The foot chase of Alvin Cole

23   included Jeffrey Johnson, Dexter Schleis, David Shamsi and near

24   its end Joseph Mensah.  While chasing Cole, Johnson slipped on

25   icy conditions and kind of dropped out of the chase, and mall

1  security guard, Davion Beard, felt compelled to replace him in

2  the foot chase.  So now you've got a security guard, Dexter

3  Schleis, David Shamsi and Joseph Mensah in a foot chase with

4  someone who is heading towards Mayfair Mall heading towards

5  Mayfair Road.

6         Alvin Cole, despite the fact he had four, a security

7  guard and three police officers chasing him did not stop.  He

8  did not raise his hands and surrender.  He did not get down on

9  the ground as they were ordering.  He did not drop the sling bag

10 that had the gun in it.  He did not say anything to officers

11 that he meant to comply with their orders and end the chase.

12        As the foot chase approached the parking lot of the

13 Cheesecake Factory, the south perimeter of that lot is blocked

14 by a concrete construction barrier and a fence with a black tarp

15 on it.  Johnson had injured his leg and dropped out.  One of the

16 other young men who was in the group gave up the chase and

17 peeled off, and that's where Dexter Schleis followed and one --

18 and that left Davion Beard, David Shamsi and Joseph Mensah

19 chasing Alvin Cole.  This is important.  What happened next,

20 what Alvin Cole did next, changed a dangerous foot chase into a

21 life and death matter.

22        As Davion Beard and David Shamsi closed in on him,

23 Cole, who had been sprinting slowed to a near walk, moved his

24 hands in front of him to the point where Davion Beard will tell

25 you he was relieved because it appeared that Alvin Cole had

1  stopped the chase.  He was giving up.  He was preparing to put

2  his hands up.  Instead, Alvin Cole began jogging again, and then

3  he turned with a gun in his hands and fired at police.

4         What Davion Beard had assumed Cole was surrendering is

5  Cole going into the sling bag and turning the gun out.  He

6  turned around he fired.  After firing his weapon, Cole did not

7  go down to the ground.  There was no stipulation that he shot

8  himself in the arm.  He dropped into a crouch.  The officers

9  will variably refer to it as almost a runner's stance or kind of

10  a bear crawl.  Because as soon as he fired, Evan Olson activated

11  the flashlight on his gun.  That's why you see kind of a wash

12  out, what the rest of the video shows.

13         At that point, the police were catching up to Mr. Cole

14  from the east.  The west was clearly blocked.  He dropped into

15  kind of a crawl and started going to the south where he

16  encountered the concrete block and the black fence.

17         In that ten seconds or so between firing at police who

18  were pursuing him, Alvin Cole was repeatedly ordered to drop the

19  weapon, drop the weapon, drop the gun.  The idea that he was in

20  some fashion injured and unable or unable to crawl is not

21  supported by the evidence.

22         The witnesses there saw him starting to crawl towards

23  the fence but he couldn't go anywhere.  So what he did is he

24  raised the gun towards Mayfair Mall towards the flashlight,

25  which is Evan Olson.  David Shamsi saw it.  Evan Olson certainly

28

1    saw it.  Evan Olson will testify that when he saw Alvin Cole

2    raise his right arm pointing the gun at him, he started to

3    quarter.  He started to move off the mark because he had made

4    the decision that he was going to fire.

5         There is a series of checklists if you will that

6    officers must go through before they decide to pull the trigger.

7    And the only thing left on Evan Olson's checklist is making sure

8    he wasn't going to hit one of the other police officers.  He had

9    decided to use deadly force.  David Shamsi, who was behind Alvin

10   Cole, was focused on the gun in his hand, and David Shamsi had

11   actually started to pull the trigger because he had decided

12   deadly force was going to be necessary.

13        The situation now is Alvin Cole he's already fired

14   once at pursuing police.  He's now aimed a second time at the

15   police officer.  And upon Joseph Mensah's arrival, what he does

16   is come from his rear to his left as he pivots with the gun

17   towards Joseph Mensah.

18        You heard that this is a case about if Joseph Mensah

19   doesn't think the gun is pointed at him, then his conduct is

20   excessive.  That is not entirely correct.  When the motion came

21   back towards Joseph Mensah with the gun, that's why that was the

22   moment he fired.  But the totality of the circumstances, as you

23   can now understand, is the reason that the situation required

24   deadly force.

25        In those extraordinarily tense few seconds as Alvin

1   Cole fired his weapon at his pursuers, Alvin was crouched on all

2   fours, blocked from moving forward by the construction wall.

3   Shamsi was behind him.  Mensah was arriving from his left, and

4   Officer Olson was positioned to his right.  Instead of dropping

5   the gun and giving up, Cole raised it and pointed it at Olson.

6          You will hear the officers themselves and an expert in

7   police practices tell you about the Defense and Arrest Tactics,

8   DAAT.  That is the manual under which officers are trained,

9   DAAT.  You will learn that pursuing officers, in this instance

10  the ones that were chasing Alvin Cole, they never drew their

11  weapons.  Their weapons were not drawn until after Cole fired at

12  them.

13         When Cole fired at the officers, he escalated the

14  situation to that final stage, deadly force.  The instructors

15  will tell you that deadly force is, of course, an appropriate

16  response to being presented with deadly force.

17         Yet even after Cole had turned and fired at them, no

18  officer immediately returned fire until they could reconcile

19  that it was --  You can picture this.  A shot rings out.  You

20  will be able to see it in the video, and all of them are

21  thinking who just shot?  Who just shot?  There is that timeframe

22  in which they figure out Alvin Cole has now crouched down in the

23  dark with a gun in his hand, he shot at us.  Still they didn't

24  fire until Alvin Cole pivoted towards Joseph Mensah and put him

25  in fear of his life.

1     Joseph Mensah will tell you that he was so certain he

2 was about to be shot that he had actually started tensing up his

3 body waiting to be hit by the bullet when he started to pull the

4 trigger.

5     Davion Beard, the security guard that was chasing him,

6 will tell you that after the gunshot, it was he who dropped to

7 the ground.  He will say that he then looked to see basically

8 did that guy really just shoot at me?  Alvin Cole was standing

9 over him staring at him.  That pause permitted Davion Beard to

10 scuttle out of there.

11     There was a woman named Sarah Hopkins who had come

12 outside the Cheesecake Factory to I think she said smoke a

13 cigarette, so she was standing in the parking lot not too far

14 from where this occurred, and she will tell you what she saw.

15     She will also say that she saw Davion Beard chasing

16 someone because Davion Beard had that reflective jacket so that

17 caught her attention.  And she will say she saw the chase go by.

18 She saw Alvin Cole begin to slow, and she will tell you, I

19 thought he was giving up too.  But then she will tell you, no, I

20 saw him turn around, and I didn't necessarily see a muzzle

21 flash, but I saw him turn around in a shooter's stance with a

22 gun in his hand.

23     Plaintiffs assert that they have one eyewitness who

24 was in a white Honda Pilot.  You will have to consider whether

25 or not that witness was in a position to or did see what she

1    will claim to have seen.

2            How did we know that that final motion of Alvin Cole

3    pivoting with a gun towards Joseph Mensah occurred?  Obviously,

4    because Joseph Mensah will tell you he saw it.  He saw it to the

5    point where he thought he'd already lost the edge, he was going

6    to be shot himself.  By loudly announcing his approach and

7    warning about Cole's gun, he certainly drew Cole's attention.

8    Alvin Cole turned the gun towards Mensah, and there was physical

9    evidence to show that.

10           The medical examiner, Wieslawa Tlomak, will tell you

11   where the wounds are.  Keeping in mind that Alvin Cole was in

12   kind of an all fours position, the bullet wounds, graphic as it

13   may be, the bullets wounds are in the front left chest, the

14   anterolateral, the kind of front side of the left, upper almost

15   under the armpit of the left, which actually exited.  It kind of

16   skimmed across the musculature and exited the right armpit, and

17   there was one in the back.  That is because police officers are

18   trained as they begin to shoot, they move.  They move in an arch

19   because they don't want to be a stationary target themselves.

20           What you will not be told is that the DAAT training

21   requires this decision making between trigger pulls.  It

22   requires this decision making before you pull the trigger

23   because there is nothing more serious than deadly force.  Five

24   shots occurred in less than two seconds.

25           The physical evidence in this case actually directly

1   confirms that Alvin Cole had turned towards Joseph Mensah.

2   You've got a bullet wound, a bullet wound, and a bullet wound.

3   Dr. Tlomak also did some testing to determine whether or not

4   there was any trauma to the tissue of Alvin Cole's head or brain

5   that would likely have resulted in Alvin Cole -- that would

6   suggest that Alvin Cole in some fashion lost consciousness.

7   There is no such thing.

8           Left side entry wound proves Cole had turned towards

9   Joseph Mensah before Mensah fired in defense.  And as I began

10  this presentation, I will also reiterate that two truths can

11  exist at the same time.  Sympathy for loss of life can exist at

12  the same time that you exercise your duty as jurors to uphold

13  the law.

14          This situation was not a simple chasing a kid who shot

15  himself in the arm and then dropped to the ground and got shot.

16  Far from it.  This was started in the mall, started with the

17  contact in the mall, started with what the officers heard on the

18  broadcast, became a foot chase, became a deadly situation when

19  Cole turned and fired at them.  And when it became a deadly

20  situation, the officers then had the training, the deadly force

21  is required in response.

22          At the end of this trial, the Court will instruct you

23  on the law and your role as jurors.  We believe that you will be

24  told that the law requires that you clear your minds of sympathy

25  and decide this case upon the facts and the evidence.  When you

33

1  do, when you decide this case on the evidence, we trust that you

2  will conclude that Alvin Cole's catastrophically bad decisions,

3  threatening a shopper at the mall, brandishing a gun, forcing a

4  foot chase, firing at officers who are chasing him, and then

5  taking aim a second time created a lethal life and death

6  situation in which Joseph Mensah had only seconds to assess and

7  to respond.

8        I have to address this issue of burden of proof.

9  That's actually a legal instruction that the Judge should be

10  giving you.  The argument that one foot across the 50-yard line

11  or a feather on top of a weight is all that is necessary while

12  technically true if it takes a ton of evidence to prove that

13  Joseph Mensah exercised excessive force, you better have the ton

14  of evidence.  The focus isn't on a feather.  It is not a feather

15  weight burden of proof.  It is a burden of proof to use evidence

16  to convince you to a reasonable certainty.

17        We will ask that when you return a verdict about that

18  evening of February 2, 2020, that you find it was reasonable and

19  necessary for Joseph Mensah to defend his life against the

20  danger of Alvin Cole's deadly actions against him.  Thank you.

21        (Excerpt transcript concluded.)

22

23

24

25

C E R T I F I C A T E

I, SUSAN ARMBRUSTER, RPR, RMR, FCRR, Official Court Reporter for the United States District Court for the Eastern District of Wisconsin, do hereby certify that the foregoing pages are a true and accurate transcription of my original machine shorthand notes taken in the aforementioned matter to the best of my skill and ability.

Signed and Certified September 9, 2025.

/s/Susan Armbruster

Susan Armbruster

Susan Armbruster, RPR, RMR, FCRR
United States Official Reporter
517 E Wisconsin Ave., Rm 200A,
Milwaukee, WI 53202
Susan_Armbruster@wied.uscourts.gov