# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF ALVIN COLE,**
        **Plaintiff,**

v.                                          Case No. 22-CV-856

**JOSEPH MENSAH,**
        **Defendant.**

## COURT MINUTES OF JURY TRIAL

Judge Lynn Adelman, presiding      Date: 9/8/2025 – 9/11/2025
Deputy Clerk: LEH                        Court Reporters:
                                                    Susan Ambruster - 9/8/2025-9/9/2025
                                                      Jennifer Stake - 9/10/2025

APPEARANCES:

Plaintiffs: By Attorneys Nathaniel Cade, Kimberley Motley, and Annalisa Pusick

Defendants: By Attorneys Jasmyne Baynard and Joseph Wirth

Monday, September 8, 2025:
- 9:15 AM Jury selection begins
- 10:35 AM Jury empaneled
- 10:36 AM Recess
- 10:52 AM Plaintiff's opening statement
- 11:35 AM Defendant's opening statement
- 12:09 PM Recess for lunch
- 1:11 PM Testimony of Sean Kafer
- 1:35 PM Testimony of David Shamsi
- 3:04 PM Testimony of Shenora Staten-Jordan
- 3:55 PM Recess
- 4:05 PM Resume Testimony of Shenora Staten-Jordan

- 4:19 PM Testimony of Jeffery Johnson
- 5:06 PM Jurors excused for the day
- 5:08 PM Judge asks gallery to remain quiet throughout the trial
- 5:09 PM Colloquy to put a sidebar discussion onto the record
- 5:14 Adjourn

Tuesday, September 9, 2025:
- 8:29 AM Discussion among Judge and attorneys in Chambers on the record
- 8:40 AM Recess
- 8:55 AM Testimony of Dr. Wieslawa Tlomak
- 10:22 AM Recess
- 10:33 AM Testimony of Lori Rom
- 11:26 AM Testimony of Joseph Mensah
- 12:04 PM Recess for lunch
- 1:04 PM Resume testimony of Joseph Mensah
- 2:06 PM Testimony of William Schroeder
- 3:00 PM Recess
- 3:10 PM Testimony of Ricky Burems
- 4:12 PM Plaintiff rests
- 4:13 PM Testimony of Dexter Schlies
- 4:52 PM Adjourn

Wednesday, September 10, 2025:
- 8:38 AM Testimony of Joshua Boyd
- 9:16 AM Testimony of Evan Olson
- 9:53 AM Recess
- 10:03 AM Resume testimony of Evan Olson
- 10:35 AM Testimony of Sarah Hopkins
- 11:00 AM Testimony of Davion Beard
- 11:27 AM Testimony of Xai Xiong
- 11:50 AM Recess for lunch

- 1:02 PM Testimony of Michael Knetzer
- 1:57 PM Recess
- 2:07 PM Judge resolves motions regarding jury instructions and Defense makes a Rule 50(A) Motion for Judgment as a Matter of Law
- 2:25 PM Defendant rests
- 2:26 PM Plaintiff's closing argument
- 3:25 PM Defendant's closing argument
- 4:21 PM Plaintiff's rebuttal
- 4:37 PM Jury instructed
- 5:00 PM Jury begins deliberations
- 5:02 PM Plaintiff's motion for mistrial DENIED
- 5:35 PM First note from jury; jury requests dinner
- 6:12 PM Second note from jury; requesting evidence
- 8:10 PM Third and fourth notes from jury; requesting evidence and requesting to come back tomorrow
- 8:22 PM Adjourn – Jury will reconvene at 9:00 AM

Thursday, September 11, 2025:
- 9:00 AM Jury resumes deliberation
- 11:25 AM Fifth note from jury; jury indicates that they are unable to reach a unanimous verdict
- 11:30 AM Discussion among parties in Chambers
- 11:35 AM Bailiff brings in the jury; court gives Seventh Circuit Pattern Civil Jury Instruction 1.34
- 11:41 AM Jury resumes deliberation
- 11:50 AM Sixth note from jury; jury requests list of evidence
- 12:45 PM Seventh note from jury; jury requests draft of list of evidence
- 1:31 PM Eighth note from the jury; jury requests evidence
- 1:32 PM Discussion regarding evidence
- 2:04 PM Evidence sent back to jury
- 2:20 PM Ninth note from the jury; jury query on availability of evidence

- 2:50 PM Tenth note from the jury; jury indicates they are unable to reach a unanimous verdict
- 3:00 PM Discussion regarding evidence; more evidence sent back to jury
- 3:48 PM Eleventh note from the jury; jury indicates they are unable to reach a unanimous verdict; discussion among parties
- 3:52 PM Bailiff brings in the jury; jury dismissed
- 3:54 PM Court discusses new trial date with the parties; additional motions and briefs discussed
- 4:07 PM Adjourn