# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE,**
        **Plaintiff,**

    **v.**                                    **Case No. 22-CV-856**

**JOSEPH MENSAH,**
        **Defendant.**

---

## EXHIBITS ADMITTED
## TRIAL OF SEPTEMBER 8-11, 2025

- Plaintiff's Exhibit 1
- Plaintiff's Exhibit 2
- Plaintiff's Exhibit 3
- Plaintiff's Exhibit 5
- Plaintiff's Exhibit 5A
- Plaintiff's Exhibit 5B
- Plaintiff's Exhibit 27
- Plaintiff's Exhibit 27A
- Plaintiff's Exhibit 30
- Plaintiff's Exhibit 30A
- Plaintiff's Exhibit 34
- Plaintiff's Exhibit 35-3
- Plaintiff's Exhibit 42
- Plaintiff's Exhibit 51
- Plaintiff's Exhibit 52
- Plaintiff's Exhibit 53
- Plaintiff's Exhibit 57
- Plaintiff's Exhibit 105
- Plaintiff's Exhibit 127
- Defendant's Exhibit 1000

- Defendant's Exhibit 1020
- Defendant's Exhibit 1025
- Defendant's Exhibit 1026
- Defendant's Exhibit 1027A
- Defendant's Exhibit 1028
- Defendant's Exhibit 1031
- Defendant's Exhibit 1037
- Defendant's Exhibit 1040
- Defendant's Exhibit 1047
- Defendant's Exhibit 1055
- Defendant's Exhibit 1056
- Defendant's Exhibit 1058
- Defendant's Exhibit 1058A
- Defendant's Exhibit 1059
- Defendant's Exhibit 1062