# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE,**
       **Plaintiff,**

   **v.**                                   **Case No. 22-CV-856**

**JOSEPH ANTHONY MENSAH, et al.**
       **Defendants.**

---

## <u>SCHEDUING ORDER</u>

    **IT IS ORDERED** that this matter is scheduled for a Final Pretrial

Conference on April 20, 2026 at 10:00 a.m. Central Time in Courtroom 390 and for

a Jury Trial beginning on May 4, 2026 at 8:30 a.m. Central Time in Courtroom 390.

    Dated at Milwaukee, Wisconsin, this 12th day of September, 2025.


                           /s/ Lynn Adelman
                           LYNN ADELMAN
                           District Judge