ESTATE OF ALVIN COLE, et al.,

                Plaintiffs,

v.                                                     Case No. 22-CV-0856

JOSEPH MENSAH,

                Defendant.

## DEFENDANT JOSEPH MENSAH'S
## MOTION FOR JUDGMENT AS A MATTER OF LAW

      PLEASE TAKE NOTICE that the Defendant, Joseph Mensah, by his attorneys, WIRTH + BAYNARD, renews his motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50 on all claims against him and as to his affirmative defense of qualified immunity. The grounds for this motion are outlined in detail in the supporting brief filed herewith.

      Dated at Wauwatosa, Wisconsin, this 9th day of October 2025.

                                                **WIRTH + BAYNARD**
                                                Attorneys for Defendant

                                                */s/ Jasmyne M. Baynard*
                                                Jasmyne M. Baynard, SBN 1099898
                                                Joseph M. Wirth, SBN 1012080
                                                9898 West Bluemound Road, Suite 2
                                                Wauwatosa, WI 53226
                                                (414) 291-7979
                                                jmb@wbattys.com
                                                jmw@wbattys.com