# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF ALVIN COLE,**

   **Plaintiff,**

  **v.**            **Case No. 22-CV-856**

**JOSEPH MENSAH, et al.,**
       **Defendants.**

---

## MEDIATION ORDER

---

The above matter has been referred to me for mediation by United States District Judge Lynn Adelman. Based on this referral and pursuant to the order,

I will conduct a mediation on **April 8, 2026**, starting at **9:00 a.m.** All parties shall convene in my courtroom, Courtroom 253, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. The mediation will focus on all issues necessary to fully resolve the case, including reasonable costs and attorneys' fees. The parties must come to this mediation in good faith. This includes having an individual present at the mediation with full settlement authority.

To facilitate the mediation, by no later than **April 1, 2026, at 5:00 p.m.**, the parties must electronically submit to my chambers, to JosephPO@wied.uscourts.gov, separate, *ex parte* letters. The letters may not exceed three pages in length. In the letters, each party should provide me with information they believe would be beneficial to resolve this case. The letters must also include the names, and if applicable, titles, of all persons who are expected to attend the mediation and the party's ultimate settlement position, including all

damages, costs, and attorneys' fees. Finally, I may telephone the parties prior to the April 8, 2026 mediation to discuss their *ex parte* letters.

The parties are reminded that communications occurring during the mediation cannot be used by any party regarding any aspect of this litigation. *See* Civil L.R. 16(d)(3).

 **SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 25th day of March, 2026.

_____
NANCY JOSEPH
United States Magistrate Judge

2