

**Nathaniel Cade, Jr.**
nate@cade-law.com
www.cade-law.com

April 16, 2024

**VIA ELECTRONIC FILING**

Hon. Lynn Adelman
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

   Re: <u>Estate of Alvin Cole v. Joseph Mensah</u>
     E.D. Wisconsin Case No. 22-CV-856

Dear Judge Adelman:

  Plaintiff is in receipt of the Motion to Stay filed by Joseph Mensah on April 13, 2026 (Dkt. 155).

  Plaintiff intends to respond within the time allowed by Civil Local Rule 7(b), and requests the Court hold in abeyance any decision on the motion until Plaintiff responds.

      Very truly yours,

      **CADE LAW GROUP LLC**


      s/Nathaniel Cade, Jr.

NC:cn

cc:  All counsel of record (via ECF)

P.O. Box 170887, Milwaukee, Wisconsin 53217
(414) 255-3802 (o)  (414) 255-3804 (f)
Case 2:22-cv-00856-LA  Filed 04/16/26  Page 1 of 1  Document 156