# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ESTATE OF ALVIN COLE,

        Plaintiff,

v.                                      Case No. 22-CV-856

JOSEPH ANTHONY MENSAH,

        Defendant.

## STIPULATION FOR DISMISSAL OF ALL CLAIMS AND CAUSES OF ACTION AS TO ALL DEFENDANTS EXCEPT CITIES AND VILLAGES MUTUAL INSURANCE COMPANY

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel, that:

1. To the extent that Cities and Villages Mutual Insurance Company (CVMIC) was dismissed earlier in this action by language in a decision and order following motions for summary judgment, that dismissal was inadvertent and in error, and the parties stipulate that CVMIC remains a defendant for purposes of the Plaintiff's claims and causes of action;

2. Without otherwise compromising or dismissing the claims against CVMIC, which the parties stipulate stands in the shoes of Joseph Mensah for purposes of the Plaintiff's claims, the Plaintiff agrees that all claims and causes of action against all other parties, including Joseph Mensah, personally, may be dismissed with prejudice, and that Joseph Mensah may be removed as a party from this action.

1

Dated this 17th day of April 2026.

**WIRTH + BAYNARD**
Attorneys for Joseph Mensah and Cities and
Villages Mutual Insurance Company

*/s/ electronically signed by Joseph M. Wirth*
Jasmyne M. Baynard, SBN 1099898
Joseph M. Wirth, SBN 1012080
9898 West Bluemound Road, Suite 2
Wauwatosa, WI 53226
(414) 291-7979
jmb@wbattys.com
jmw@wbattys.com

**CADE LAW GROUP LLC**
*/s/ electronically signed by Nathaniel Cade, Jr.*
Nathaniel Cade, Jr. SBN: 1028115
Annalisa Pusick SBN: 1116379
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
nate@cade-law.com
annalisa@cade-aw.com

2